J S - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ESTEVAN QUINTANILLA-GONZALEZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents,

No. 5:26-cv-01297-JGB-MBK

**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

Honorable Michael Kaufman
United States Magistrate Judge

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** pursuant to 8 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action shall be granted in part, and that judgment shall be entered by the Court accordingly at this juncture, without requiring any further proceedings, as follows:

**Within seven (7) days of entry of judgment, Respondents will provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a).**

IT IS SO ORDERED.

Dated: April 15, 2026

_____
Jesus G. Bernal, U.S. District Judge